# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. TARLOCHAN SINGH DDS INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DELL COMPUTERS, et al.,<br><br>Defendants. | Case No. 1:22-cv-01087-ADA-SAB<br><br>ORDER GRANTING MANASI RODGERS'S *PRO HAC VICE* APPLICATION<br><br>(ECF No. 17) |

The Court has read and considered the application of Manasi Rodgers, attorney for Defendant Dell Computers for admission to practice *pro hac vice* under the provisions of Local Rule 180(b)(2) of the Local Rules of Practice of the United States District Court for this District. (ECF No. 17.) Having reviewed the application, Manasi Rodgers's application for admission to practice *pro hac vice* is HEREBY GRANTED. The *Pro Hac Vice* Attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:   **September 26, 2022**

_____
UNITED STATES MAGISTRATE JUDGE

1