# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. TARLOCHAN SINGH DDS INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> DELL COMPUTERS, et al., <br><br> Defendants. | Case No. 1:22-cv-01087-ADA-SAB <br><br> ORDER FOLLOWING HEARING ON DEFENDANT'S MOTION TO TRANSFER VENUE AND MOTION TO DISMISS AND REQUIRING SERVICE ON UNSERVED DEFENDANTS AND THAT THE TO-BE-SERVED DEFENDANTS FILE ANY RESPONSE TO MOTION TO TRANSFER VENUE ON OR BEFORE JANUARY 11, 2023 <br><br> (ECF Nos. 10, 11, 23) |

This action was removed from the Merced Superior Court to this Court on August 25, 2022. (ECF No. 1.) On November 16, 2022, the Court held a hearing on Defendant Dell Computers' motion to transfer venue, and motion to dismiss. (ECF Nos. 10, 11, 23.) As discussed at the hearing, the other named Defendants have not been served in this action.[1] The Court shall continue the hearing on the pending motions to allow for Plaintiffs to serve the additionally named Defendants, and to allow for those Defendants to address the pending motion to transfer, including whether the claims between the Defendants should be severed.

Based on the August 25, 2022, date of removal of this action to the federal court, the last date to complete service is November 23, 2022. See Fed. R. Civ. P. 4(m); 28 U.S.C. § 1448;

---

[1] The initially filed complaint appears to name a Sentinal Insurance Company, and The Hartford, as additional Defendants. (See ECF No. 1 at 10.) As noted in Defendant Dell Computers' removal filing, there appears to be some lack of clarity as to the precise or correct insurance companies named. (See ECF No. 1 at 3-4.)

<u>Whibdee v. Pierce Cnty.</u>, 857 F.3d 1019, 1023 (9th Cir. 2017).  The Court shall continue the hearing on Defendant Dell Computers' motions until January 18, 2023, to allow for service on the remaining Defendants, and require any now unserved Defendants to file any opposition or objection to the motion to transfer, on or before January 11, 2023.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs shall complete service of process on any unserved Defendants, on or before November 23, 2022;

2. Plaintiffs shall concurrently serve this order on the unserved Defendants when completing service of process;

3. The hearing on Defendant Dell Computers' motion to dismiss and motion to transfer venue is CONTINUED to January 18, 2023, at 10:00 a.m., in Courtroom 9; and

4. The to-be-served Defendants shall file any opposition or objection to the pending motion to transfer venue (ECF No. 10), on or before January 11, 2023.

IT IS SO ORDERED.

Dated:  **November 16, 2022**

UNITED STATES MAGISTRATE JUDGE