# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. TARLOCHAN SINGH DDS INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> DELL COMPUTERS, et al., <br><br> Defendants. | Case No. 1:22-cv-01087-ADA-SAB <br><br> ORDER GRANTING STIPULATED MOTION FOR LEAVE TO AMEND AND EXTENDING RESPONSIVE PLEADING DEADLINE <br><br> ORDER DIRECTING CLERK OF COURT TO CORRECT PARTY NAME <br><br> (ECF No. 28) |

This action was removed from the Merced Superior Court to this Court on August 25, 2022. (ECF No. 1.) On November 16, 2022, the Court held a hearing on Defendant Dell Computers' motion to transfer venue, and motion to dismiss. (ECF Nos. 10, 11, 23.) As discussed at the hearing, the other named Defendants had not been served in this action. Following the hearing, the Court continued the hearing on the pending motions until January 18, 2023, to allow for Plaintiffs to serve the additionally named Defendants, and to allow for those Defendants to address the pending motion to transfer, including whether the claims between the Defendants should be severed. (ECF No. 24.) The Court ordered the to-be-served Defendants to file any opposition or objection to the pending motion to transfer venue on or before January 11, 2023. (Id.)

On December 6, 2022, the parties, including newly-served Defendant Sentinel Insurance

Company, Ltd. ("Sentinel"),[1] filed a stipulation agreeing to allow Plaintiff leave to file a first amended complaint to address issues raised in the meet and confer process regarding a Rule 12 motion Sentinel contemplates filing, and specifying that any amendment is without prejudice to the consideration of Defendant Dell Computers' motion to transfer venue.  (ECF No. 28.)  The parties also request to extend the responsive pleading deadline due to the upcoming holidays.  The Court finds good cause to grant the stipulated motion.

   Accordingly, IT IS HEREBY ORDERED that:

1. The stipulated motion for leave to amend is GRANTED;
2. Plaintiff shall file a first amended complaint on or before December 12, 2022;
3. Any responsive pleadings to the first amended complaint shall be filed and served on or before January 10, 2023; and
4. The Clerk of the Court is DIRECTED to correct the name of Defendant "Sentinal Insurance Company," to "Sentinel Insurance Company, Ltd."

IT IS SO ORDERED.

Dated:  **December 6, 2022**

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel indicates that Sentinel Insurance Company, Ltd., was erroneously sued as "Sentinal Insurance" and "The Hartford."  (ECF No. 28 at 2.)  The Court shall direct the Clerk of the Court to update the correct name of the Defendant currently, but will not direct The Hartford to be dismissed until a specific request or notice of dismissal is filed.