# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. TARLOCHAN SINGH DDS INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> DELL COMPUTERS, et al., <br><br> Defendants. | Case No. 1:22-cv-01087-ADA-SAB <br><br> ORDER GRANTING STIPULATED MOTION FOR LEAVE TO AMEND AND EXTENDING RESPONSIVE PLEADING DEADLINE <br><br> (ECF No. 32) |

This action was removed from the Merced Superior Court to this Court on August 25, 2022. (ECF No. 1.) On November 16, 2022, the Court held a hearing on Defendant Dell Computers' motion to transfer venue, and motion to dismiss. (ECF Nos. 10, 11, 23.) The Court continued the hearing on the pending motions until January 18, 2023, to allow for Plaintiffs to serve any additionally named Defendants, and to allow for those Defendants to address the pending motion to transfer. (ECF No. 24.)

On December 6, 2022, the parties, including newly-served Defendant Sentinel Insurance Company, Ltd. ("Sentinel"), filed a stipulation agreeing to allow Plaintiff leave to file a first amended complaint. (ECF No. 28.) The Court granted the stipulated motion, and on December 12, 2022, Plaintiff filed a first amended complaint. (ECF No. 30.)

On January 5, 2023, the parties again filed a stipulated motion agreeing to allow Plaintiff to file an amended complaint, and extending the deadline to file any responsive pleadings. (ECF No. 32.) The parties again proffer the amendment does not affect the pending motion to transfer

this action. The Court finds good cause to grant the stipulated motion.

Accordingly, IT IS HEREBY ORDERED that:

1. The stipulated motion for leave to amend, (ECF No. 32), is GRANTED;
2. Plaintiff shall file a second amended complaint on or before January 18, 2023; and
3. Any responsive pleadings to the second amended complaint shall be served within fourteen (14) days after service of the second amended complaint.

IT IS SO ORDERED.

Dated: **January 9, 2023**

UNITED STATES MAGISTRATE JUDGE

2