| | |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | FOR THE EASTERN DISTRICT OF CALIFORNIA |

| | |
|---|---|
| DR. TARLOCHAN SINGH DDS INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DELL COMPUTERS, et al.,<br><br>Defendants. | No.  1:22-cv-01087-ADA-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 47.) |

On August 25, 2022, this case was removed to this Court from the Superior Court of California, County of Merced pursuant to 28 U.S.C. §§ 1441 and 1446.  (ECF No. 1.)  On January 30, 2023, Defendant Sentinel Insurance Company, Ltd. filed a motion to dismiss Counts 2 and 3 of the Second Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).  (ECF No. 39.)  On February 1, 2023, this matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  (ECF No. 40.)

On March 16, 2023, the assigned Magistrate Judge issued findings and recommendations, recommending that Defendant's motion to dismiss be granted with leave to amend, and that Defendant The Hartford be dismissed from this action.  (ECF No. 47.)  The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 14.)  The deadline to file

///

objections to the findings and recommendations has passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court finds that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on March 16, 2023, (ECF No. 47), are ADOPTED IN FULL;
2. Defendant Sentinel Insurance Company, Ltd.'s motion to dismiss, (ECF No. 39), is GRANTED with leave to file a third amended complaint;
3. Plaintiffs shall file a third amended complaint within thirty (30) days of issuance of this order; and
4. Defendant The Hartford is DISMISSED from this action.

IT IS SO ORDERED.

Dated:  June 7, 2023

UNITED STATES DISTRICT JUDGE

2