1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

DR. TARLOCHAN SINGH DDS INC., et al.,

Plaintiffs,

v.

DELL COMPUTERS, et al.,

Defendants.

Case No.  1:22-cv-01087-ADA-SAB

ORDER STRIKING UNAUTHORIZED FOURTH AMENDED COMPLAINT

18

19

20

21

22

23

24

25

26

27

28

      This matter is currently proceeding on Plaintiffs' third amended complaint (ECF No. 48), which Plaintiffs filed prematurely before the district judge issued a ruling on findings and recommendations (ECF No. 47) related to Plaintiffs' second amended complaint (ECF No. 37). Nonetheless, Defendant Sentinel Insurance Company ("Defendant") filed a motion to dismiss the third amended complaint (ECF No. 49), which the Court elected to address.  On June 8, 2023, the Court issued new findings and recommendations, vacating the prior findings and recommendations and denying Defendant's prior motion to dismiss as moot, and recommending dismissing Defendant Hartford and granting Defendant's motion to dismiss the third amended complaint.  (ECF No. 55.)  Plaintiffs were expressly directed to "**NOT file any further amended complaints until <u>after</u> the district judge rules on the instant findings and recommendations and/or with express leave of the Court**."  (<u>Id.</u> at 13 (citing Fed. R. Civ. P. 15 and 16) (emphasis

1

in original).)

Nevertheless, on July 3, 2023, Plaintiffs disregarded this order and filed a fourth amended complaint (incorrectly captioned and filed as the "Third Amended Complaint").  (ECF No. 57.) As this filing is unauthorized and noncompliant with the federal rules of civil procedure and this Court's June 8, 2023 order, it shall be stricken.

Accordingly, IT IS HEREBY ORDERED that:

1.   Plaintiffs' unauthorized fourth amended complaint (ECF No. 57) is hereby STRICKEN FROM THE RECORD; and

2.   The parties are remined not to submit any further filings until after the district judge issues a ruling on the pending findings and recommendations issued on June 8, 2023 (ECF No. 55), relating to Defendants' motion to dismiss the third amended complaint.

IT IS SO ORDERED.

Dated:   **July 5, 2023**

UNITED STATES MAGISTRATE JUDGE