UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. TARLOCHAN SINGH DDS INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> DELL COMPUTERS, et al., <br><br> Defendants. | No. 1:22-cv-01087-ADA-SAB <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS <br><br> (ECF Nos. 48, 49, 51, 53, 55) |

On August 25, 2022, this matter was removed to this Court from the Superior Court of California, County of Merced pursuant to 28 U.S.C. §§ 1441 and 1446. (ECF No. 1.) On April 27, 2023, Defendant Sentinel Insurance Company, Ltd. filed a motion to dismiss and a motion to strike prayer for punitive damages.[1] (ECF No. 49.) On April 28, 2023, this matter was referred to a United States Magistrate Judge for the preparation of findings and recommendations and/or other

///

---

[1] The Court notes this matter was previously proceeding on Plaintiffs' second amended complaint (ECF No. 37.) Defendant Sentinel moved to dismiss on January 30, 2023, (ECF No. 39), and the Magistrate Judge issued findings and recommendations to grant the motion and permit Plaintiffs leave to file a third amended complaint ("TAC"), (ECF No. 47). However, rather than wait for the Court to issue a ruling on the pending findings and recommendations, Plaintiffs immediately filed the instant TAC, (ECF No. 48), and Sentinel again moved for dismissal, (ECF No. 49). The findings and recommendations addressed in this order, therefore, vacated the March 16, 2023, findings and recommendations, denied the January 30, 2023, motion to dismiss as moot, and issued recommendations solely on Sentinel's motion to dismiss the TAC. Given the procedural posture of this action, the Court deems the third amended complaint to be the operative pleading and issues its ruling on the findings and recommendations addressing that pleading accordingly.

1  appropriate action.  (ECF No. 50.)

2  On June 8, 2023, the assigned Magistrate Judge issued findings and recommendations, recommending that Defendant's motion to dismiss be granted with leave to amend, and that Defendant The Hartford be dismissed from this action.  (ECF No. 55.)  The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen days after service.  (*Id.* at 13.)  The deadline to file objections to the findings and recommendations has passed and no objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(c), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on June 8, 2023, (ECF No. 55), are ADOPTED in FULL; and

2. Defendant Sentinel Insurance Company, Ltd.'s motion to dismiss, (ECF No. 49), is GRANTED, as follows:

   a) Plaintiff's cause of action for breach of implied covenant of good faith and fair dealing (Claim 2) and prayer for punitive damages are DISMISSED without leave to amend;

   b) This action shall proceed solely on Plaintiffs' claim for breach of contract (Claim 1) in the third amended complaint, (ECF No. 48); and

   c) Defendant The Hartford is DISMISSED from this action.

IT IS SO ORDERED.

Dated:   August 11, 2023

_____
UNITED STATES DISTRICT JUDGE

2