# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. TARLOCHAN SINGH DDS INC., et al., | Case No. 1:22-cv-01087-ADA-SAB |
| Plaintiffs, | ORDER REQUIRING DEFENDANT TO FILE ANSWER TO THIRD AMENDED COMPLAINT AND ADVISING PARTIES THEY MAY ADVANCE SCHEDULING CONFERENCE IF PREPARED FOR SCHEDULING |
| v. | |
| SENTINEL INSURANCE COMPANY, LTD., | |
| Defendant. | (ECF Nos. 48, 55, 60) |

On August 14, 2023, the District Judge adopted the findings and recommendations that issued on June 8, 2023, granting Defendant Sentinel Insurance Company, Ltd.'s motion to dismiss the second cause of action, without leave to amend. (ECF No. 60.) This action now proceeds only against Defendant Sentinel Insurance Company, Ltd., on the first cause of action. (Id.)

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within twenty-one (21) days of entry of this order, Defendant Sentinel Insurance Company, Ltd., shall file an answer to Plaintiff's third amended complaint; and

2. The parties are advised that they may contact the Courtroom Deputy for available scheduling conference dates, and submit a request to advance the scheduling conference if the parties are ready to proceed into scheduling.[1]

IT IS SO ORDERED.

Dated:   **August 15, 2023**

UNITED STATES MAGISTRATE JUDGE

---

[1] On August 9, 2023, the Court continued the scheduling conference from September 5, 2023, to December 5, 2023, in light of the pending findings and recommendations.

2