# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. TARLOCHAN SINGH DDS INC, et al., | Case No. 1:22-cv-01087-ADA-SAB |
| Plaintiffs, | ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| SENTINEL INSURANCE COMPANY, LTD., | (ECF No. 62) |
| Defendant. | **DEADLINE: OCTOBER 27, 2023** |

This action was filed on August 25, 2022. (ECF No. 1.) Following resolution of multiple challenges to the pleadings (see ECF Nos. 11, 39, 49, 55, 60), an initial scheduling conference is currently set for December 5, 2023. (ECF No. 59.)

On August 28, 2023, the parties filed a notice of settlement. (ECF No. 62.) Pursuant to Local Rule 160, the Court is required to fix a date for dispositional documents to be filed within twenty-one (21) days, absent good cause shown to extend such time. E.D. Cal. L.R. 160(b). Here, the parties proffer they have agreed to a settlement which will resolve all remaining issues in this matter and request 60 days to file the dispositional documents. The Court finds the parties' proffer of good cause is thin, but shall grant the requested extension in this instance. The parties are cautioned, however, that further extensions shall not be granted absent a strong showing of good cause.

///

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents no later than **October 27, 2023**.
3. Failure to timely file the dispositional documents may result in the issuance of sanctions, up to and including dismissal of this action.

IT IS SO ORDERED.

Dated: **August 29, 2023**

UNITED STATES MAGISTRATE JUDGE